AO 257 (Rev. 6/78)

E-filing

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT |
|---|

BY: ☐ COMPLAINT  ☒ INFORMATION  ☐ INDICTMENT
☐ SUPERSEDING

—— OFFENSE CHARGED ——

18 U.S.C. § 1343 – Wire Fraud

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY: 20 years imprisonment
$250,000 fine
3 years supervised release
$100 special assessment

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

—— DEFENDANT - U.S ——
▶ DAVID BAUMGARTNER

DISTRICT COURT NUMBER
CR10-00796 DLJ

FILED
NOV -2 2010
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

—— PROCEEDING ——

Name of Complaintant Agency, or Person (& Title, if any)

FEDERAL BUREAU OF INVESTIGATION

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY  ☐ DEFENSE
SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant
MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person
Furnishing Information on this form    MELINDA HAAG
☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S.
Attorney (if assigned)    MAUREEN BESSETTE, AUSA

—— DEFENDANT ——

IS *NOT* IN CUSTODY
Has not been arrested, pending outcome this proceeding.
1) ☒ If not detained give date any prior summons was served on above charges ▶ _____

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

IS IN CUSTODY

4) ☐ On this charge

5) ☐ On another conviction        ☐ Federal  ☐ State

6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

Has detainer  ☐ Yes    If "Yes"
been filed?   ☐ No     give date filed _____

DATE OF ARREST ▶ Month/Day/Year _____
Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED ▶ Month/Day/Year _____
TO U.S. CUSTODY

☐ This report amends AO 257 previously submitted

—— ADDITIONAL INFORMATION OR COMMENTS ——

PROCESS:
☐ SUMMONS  ☒ NO PROCESS*  ☐ WARRANT    Bail Amount: _____

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____    Before Judge: _____

Comments:

AO 257 (Rev. 6/78)    E-filing

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☒ INFORMATION  ☐ INDICTMENT
☐ SUPERSEDING

**OFFENSE CHARGED**

18 U.S.C. § 1343 – Wire Fraud

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY:
20 years imprisonment
$250,000 fine
3 years supervised release
$100 special assessment

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

FILED
NOV - 2 2010
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

**DEFENDANT - U.S**
▶ ELI GILBERT

DISTRICT COURT NUMBER
**CR10-00796 DLJ**

---

**PROCEEDING**

Name of Complaintant Agency, or Person (& Title, if any)
FEDERAL BUREAU OF INVESTIGATION

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
  ☐ U.S. ATTORNEY  ☐ DEFENSE
} SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant
} MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person Furnishing Information on this form  MELINDA HAAG
☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)  MAUREEN BESSETTE, AUSA

**DEFENDANT**

**IS NOT IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☒ If not detained give date any prior summons was served on above charges ▶

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge

5) ☐ On another conviction  } ☐ Federal ☐ State

6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☐ No  } If "Yes" give date filed

DATE OF ARREST ▶  Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶  Month/Day/Year

☐ This report amends AO 257 previously submitted

---

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS  ☒ NO PROCESS*  ☐ WARRANT    Bail Amount:

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance

Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:    Before Judge:

Comments:

AO 257 (Rev. 6/78)

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT | e-filing |

BY: ☐ COMPLAINT ☒ INFORMATION ☐ INDICTMENT ☐ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

**OFFENSE CHARGED**

18 U.S.C. § 1343 - Wire Fraud

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY:
20 years imprisonment
$250,000 fine
3 years supervised release
$100 special assessment

FILED
NOV - 2 2010
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

**DEFENDANT - U.S.**
▶ JOHN SHANE LOVETT

**DISTRICT COURT NUMBER**
CR10-00796 DLJ

**PROCEEDING**

Name of Complaintant Agency, or Person (& Title, if any)
FEDERAL BUREAU OF INVESTIGATION

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☒ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY ☐ DEFENSE
} SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under
} MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on this form    MELINDA HAAG
☒ U.S. Attorney ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)    MAUREEN BESSETTE, AUSA

**DEFENDANT**

**IS NOT IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☒ If not detained give date any prior summons was served on above charges ▶ _____

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District) _____

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction } ☐ Federal ☐ State
6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution _____

Has detainer been filed? ☐ Yes ☐ No } If "Yes" give date filed _____

DATE OF ARREST ▶ Month/Day/Year _____
Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year _____

☐ This report amends AO 257 previously submitted

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS ☒ NO PROCESS* ☐ WARRANT    Bail Amount: _____

If Summons, complete following:
☐ Arraignment ☐ Initial Appearance

Defendant Address:
_____

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____    Before Judge: _____

Comments:

E-filing

1  MELINDA HAAG (CABN 132612)
   United States Attorney



UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> DAVID BAUMGARTNER, ELI GILBERT, and JOHN SHANE LOVETT aka John Shane Higgins, aka Marvin Ray Lovett, Jr., <br><br> Defendants. | No. **CR10-00796** <br><br> VIOLATION: 18 U.S.C. § 1343 - Wire Fraud <br><br> OAKLAND VENUE |

### INFORMATION

The United States Attorney charges:

**COUNT ONE:** (18 U.S.C. § 1343 - Wire Fraud and Aiding and Abetting)

1. From in or about October 2005 through in or about March 2007, DAVID BAUMGARTNER ("BAUMGARTNER") was the principle operator of West Coast Home Finance, a business that obtained residential real estate mortgages for individuals. During this time period, West Coast Home Finance had a principal place of business at 399 Taylor Boulevard, Suite 106, Pleasant Hill, in the Northern District of California.

2. From approximately 2005 through 2007, JOHN SHANE LOVETT aka John Shane Higgins, aka Marvin Ray Lovett, Jr. ("JOHN LOVETT or LOVETT") worked for BAUMGARTNER processing loans at West Coast Home Finance.

INFORMATION

3. BAUMGARTNER and LOVETT completed and submitted loan applications for residential real estate loans to lenders and obtained money for borrowers from these lenders.

4. From 2004 through October 2007, ELI GILBERT ("GILBERT") was the Branch Manager at the Bank of America in San Ramon and Clayton, California, in Contra Costa County.

5. Beginning in or about October 2005 and continuing through in or about March 2007, in the Northern District of California, the defendants,

DAVID BAUMGARTNER,
ELI GILBERT, and
JOHN LOVETT,

together with others known and unknown to the Grand Jury, did knowingly devise a material scheme and artifice to defraud lenders, and to obtain money owned by and under the control of the lenders, by means of materially false and fraudulent pretenses, representations, and promises, by means of interstate wires as follows.

## METHODS AND MEANS

6. BAUMGARTNER and LOVETT originated residential real estate mortgage loans.

7. BAUMGARTNER and LOVETT falsely inflated loan applicants' monthly income on the loan applications.

8. BAUMGARTNER and LOVETT created false Requests for Verification of Deposit ("VODs") for loan applicants to make it appear as though the loan applicants had more assets than they really did and sent the false VODs to GILBERT.

9. GILBERT signed the false VODs and sent them to BAUMGARTNER.

10. GILBERT temporarily added a loan applicant onto a bank account at the Bank of America to make it appear as though the applicant had more assets than the applicant really did to ensure he would obtain the loan. After the lender funded the loan, GILBERT removed the loan applicant from the bank account.

11. BAUMGARTNER and LOVETT submitted and caused to be submitted to a lender the loan application package containing the false VOD.

12. Loans processed and caused to be processed by BAUMGARTNER and LOVETT were funded by lenders making wire transfers into Fedwire Funds Transfer System, a service of

INFORMATION

1  the Federal Reserve Bank that allows participants to initiate fund transfers. These wire transfers
2  traveled in interstate commerce through New Jersey.
3       13. On or about October 2, 2006, in the Northern District of California, for the purpose
4  of executing the scheme and artifice to defraud, and attempting to do so, the defendants,

DAVID BAUMGARTNER,
ELI GILBERT, and
JOHN LOVETT,

did knowingly cause $666,000 to be wired in interstate commerce for the purchase of real estate located at 1723 Bishop Drive, Concord, California.

All in violation of Title 18, United States Code, Section 1343.

DATED: November 2, 2010

MELINDA HAAG
United States Attorney

STEPHEN CORRIGAN
Deputy Chief, Oakland Branch

(Approved as to form:
AUSA BESSETTE

INFORMATION